IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| PABLO FAVELA-CORRAL, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum and Order issued this date, the defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (filing 154) is dismissed.

January 5, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge
