THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| PABLO FAVELA-CORRAL, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's memorandum and order previously filed this date,

IT IS ORDERED that the defendant's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (filing 172) is denied.

November 16, 2006.                BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge