IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3121-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| PABLO FAVELA-CORRAL, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has filed another motion to reduce his sentence under Amendment 709 pertaining to criminal history. For the same reasons I denied the earlier motion (*see* filing 188), I will deny this one.

IT IS ORDERED that the motion (filing 189) is denied.

July 23, 2008.                    BY THE COURT:


                                  s/ *Richard G. Kopf*
                                  United States District Judge