IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3121 |
| | ) | |
| V. | ) | |
| | ) | |
| PABLO FAVELA-CORRAL, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the defendant's "constitutional demand to take judicial notice as per Fed. Rule of Evidence 201" (filing 202) is denied.

DATED this 28th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge